IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01008-WDM-PAC

THOMAS J. CASSADY,

    Plaintiff(s),

v.

STEVEN E. GOERING, et al.,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Uncontested Motion for Leave to Take Deposition Out of Time [filed January 13, 2006; Doc. No. 155] is **GRANTED** as follows:

    The deposition of Eric Smith shall be taken on **February 6, 2006.**

Dated: January 18, 2006