IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 03-cv-01008-WDM-MEH

THOMAS J. CASSADY,

    Plaintiff,

v.

STEVEN E. GOERING, et al.,

    Defendants.

---

**ORDER**

---

Defendant Goering requests a stay of execution pending resolution of several post-trial motions, including motions for judgment as a matter of law and new trial. No judgment will enter until these motions are resolved. Accordingly, defendant's motion is denied without prejudice pending entry of judgment.

DATED at Denver, Colorado, on May 5, 2006.

BY THE COURT:

s/ Walker D. Miller
United States District Judge