IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 03-cv-01008-WDM-MEH

THOMAS J. CASSADY,

    Plaintiff,

v.

STEVEN E. GOERING, et al.,

    Defendants.

---

**ORDER**

---

This matter is before me on defendant Goering's Motion for Stay Pending Resolution of Post-Trial Motions. Being sufficiently advised and pursuant to Fed. R. Civ. P. 62(b), execution to enforce the judgment, upon posting of an $8,000 bond, is stayed pending disposition of the motions for new trial or to alter or amend judgment all pursuant to Fed. R. Civ. P. 59 and 60.

    DATED at Denver, Colorado, on May 5, 2006.

                                            BY THE COURT:

                                            s/ Walker D. Miller
                                            United States District Judge