IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 03-cv-01008-WDM-PAC

THOMAS J. CASSADY,

    Plaintiff,

v.

STEVEN E. GOERING, et al.,

    Defendants.

## MINUTE ORDER

The following Minute Order is entered by Judge Walker D. Miller:

Defendant's motion for approval of bonds and issuance of stay is granted. Execution of judgment is stayed pending resolution of post-trial motions.

Dated: May 19, 2006

s/ Jane Trexler, Secretary-Deputy Clerk