IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 03-cv-01008-WDM-KLM

THOMAS J. CASSADY,

    Plaintiff,

v.

STEVEN E. GOERING, et al.,

    Defendants.

_____

**ORDER**
_____

    This matter is in an awkward procedural status. Following trial and a round of several motions ruled upon in my February 16, 2007 Amended Order, Defendant Goering filed a Notice of Appeal, a Renewed Motion for Attorney Fees and a Motion to Stay these Proceedings Pending Appeal. The Plaintiff filed a Motion to Certify the Appeal as Frivolous. On January 3, 2008, the Court of Appeals issued a stay preventing this court from proceeding with trial, presumably pending resolution of the appeal. Although I may be empowered to determine whether the appeal is frivolous, that course of action would be inappropriate given that the appeal is fully briefed and awaiting decision.

    Further, the Motion to Stay has become moot.

    The remaining Motion for Attorney Fees could be decided independently but it is advisable to await the determination of the appeal in order to resolve all issues at that

time.

Accordingly, it is ordered:

1. Defendant's Motion for Stay (doc. no. 268) is denied as moot;

2. Plaintiff's Motion to Certify the Appeal as Frivolous is denied; and

3. This matter is administratively closed pending the resolution of the parties' appeal in this case.

DATED at Denver, Colorado, on March 24, 2008.

BY THE COURT:


s/ Walker D. Miller
United States District Judge