IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 03-cv-01008-WDM-KLM

THOMAS J. CASSADY,

    Plaintiff,

v.

STEVEN E. GOERING, et al.,

    Defendants.

---

**NOTICE OF DISMISSAL OF TRESPASS CLAIM ONLY**

---

The court takes notice of Plaintiff's Motion to Dismiss Trespass Claim and the Defendant's response in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, the trespass claim is dismissed without prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on November 23, 2009.

                                    BY THE COURT:

                                    s/ Walker D. Miller
                                    United States Senior District Judge

PDF FINAL