IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 03-cv-01008-WDM-KLM

THOMAS J. CASSADY,

   Plaintiff,

v.

STEVEN E. GOERING, et al.,

   Defendants.

## MINUTE ORDER

The following Minute Order is entered by Judge Walker D. Miller:

Pursuant to the Stipulated Motion to Vacate Trial, it is ordered:

1. The trial date and trial preparation conference are vacated;
2. All pending motions are denied without prejudice; and
3. The parties shall file a motion to dismiss on or before July 22, 2010.

Dated: July 8, 2010

s/ Jane Trexler, Judicial Assistant