IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 03-cv-1008-WDM-KLM

THOMAS J. CASSADY,

     Plaintiff,

v.

STEVEN E. GOERING, et al.,

     Defendants.

---

## NOTICE OF DISMISSAL

---

The court takes judicial notice that the parties have filed a Stipulation for

Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(ii).  Accordingly, the complaint is

dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on July 26, 2010.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge